FILED
2007 Aug-08 PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO91 (Rev. 11/91 ND/AL) Criminal Complaint

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

07 AUG -6 PM 1:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

## CRIMINAL COMPLAINT

**UNITED STATES OF AMERICA**

v.                                              MAG NUMBER: 5:07-MJ-550-HGD

**GARY STEVEN VASILOFF**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On January 23, 2007, in Cherokee County, in the Northern District of Alabama, the defendant did knowingly possess material that contained images of child pornography, that had been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

I further state that I am a Special Agent with the Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

(See Attached Affidavit)

_____
Signature of Complainant
Special Agent Edward C. Sims
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

August 6, 2007                       at        Huntsville, Alabama
   Date                                          City and State

United States Magistrate Judge            _____
                                          Signature of Judicial Officer
                                          Harwell G. Davis, III

## ATTACHMENT I

## NORTHERN DISTRICT OF ALABAMA
## BIRMINGHAM, ALABAMA

Edward C. Sims, being duly sworn, deposes and states as follows:

I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice. I have been so employed in this capacity since September 7, 1980. Since becoming a Special Agent, I have been the case agent and also participated in numerous criminal investigations including investigations of child pornography. For the past ten years I have been assigned to the Gadsden Resident Agency of the Birmingham FBI Division.

The following is based on information and belief, the source of the information and bases for belief being information obtained from investigations conducted personally and from that conducted by other law enforcement agents.

The Alabama Department of Human Resources Assessment of Children at Risk officials received information and reported the same to the Cherokee County Sheriff's Office (CCSO), advising that Gary Steven Vasiloff had sexually abused his step-daughter (age 14) by performing oral sex on her, watching "sex movies" with her, persuading her to rub his penis, and teaching her to use a dildo. He also had taken nude photographs of the victim using a dildo and posing in other lewd and lascivious positions, and had downloaded the photos from his digital camera onto his personal computer. On January 23, 2007, the CCSO executed a state search warrant at Vasiloff's residence. Vasiloff's computer was seized, along with other items of evidence, including a digital camera and a dildo. The CCSO utilized the computer analysis services of the Alabama Computer Forensic Lab to analyze Vasiloff's computer. Vasiloff's computer was analyzed and numerous images of child pornography depicting the victim were discovered. The images were produced by a camera made in the People's Republic of China. The FBI initiated its investigation into the matter after receiving investigative reports from the CCSO on July 17, 2007. On July 31, 2007, an examiner with the Alabama Computer Forensic Lab provided the affiant with a report of examination of Vasiloff's personal computer. The affiant reviewed the report on July 31, 2007, and personally observed numerous images of child pornography depicting the victim.

Based on all of the information in this affidavit, I believe that I have information that Gary Steven Vasiloff was in possession of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

*[signature]*
Signature of Complainant
Special Agent Edward C. Sims
Federal Bureau of Investigation

*[signature]*
Harwell G. Davis, III
U.S. Magistrate Judge