FILED
2007 Sep-14 AM 11:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

<u>NORTHEASTERN DIVISION</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:07-CR-0337-VEH-PWG |
| | ) | |
| GARY STEVEN VASILOFF | ) | |

GOVERNMENT'S DISCLOSURE TO DEFENDANT

COMES NOW the United States of America by and through Alice H. Martin, United States Attorney for the Northern District of Alabama, and Mary Stuart Burrell, Assistant United States Attorney, and hereby submits the defendant's disclosure as follows:

A. A discovery packet will be provided to the defense attorney by hand delivery not later than September 20, 2007. A discovery notebook with additional materials not suitable for photocopying is available for review at the U.S. Attorney's Office in Huntsville, Alabama.

B. The defendant's statements to law enforcement are enclosed in the discovery packet.

C. The defendant's prior criminal record can be obtained from the United States Probation Office.

D. The government has provided the defendant with copies of all documents as provided in <u>F.R. Crim P.</u>, Rule 16(a)(1)(C).

E. Expert witness reports, if they exist, are enclosed in the discovery packet.

F. Undersigned counsel is unaware of any exculpatory information.

G. Any "statements" of witnesses for the United States will be provided after the witness has testified on direct examination and upon timely and specific request of the defendant.

H. Defendant may call the U.S. Attorney's Office or the Federal Bureau of Investigation to schedule a time to view the physical evidence.

I. There is no promise of immunity, leniency, or preferential treatment to any government witness.

J. Information which could be considered 404(b) evidence is enclosed in the discovery packet.

Respectfully submitted this the 14th day of September, 2007.

ALICE H. MARTIN
United States Attorney

*/s/ Mary Stuart Burrell*
MARY STUART BURRELL
Assistant United States Attorney

CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that a copy of the foregoing will be served on the defendant, by hand delivery, this the 14th day of September, 2007, to his attorney of record:

Robert B. Tuten

*/s/ Mary Stuart Burrell*
MARY STUART BURRELL
Assistant United States Attorney